**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CASTILLO, | ) NO. 2:15-cv-06329-CAS-KS |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| W.L. MONTGOMERY, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 26, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE